**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Harrisonburg Division**

| | |
|---|---|
| **DEWAYNE K. CAMPBELL** ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| **v.** ) | **Case No.** _5:23-cv-00030_____ |
| ) | |
| **WESTERN EXPRESS, INC.** ) | |
| ) | |
| **and** ) | |
| ) | |
| **JUN WANG** ) | |
| ) | |
| *Defendants*. ) | |

**NOTICE OF REMOVAL**

Defendants Western Express, Inc. ("Western Express") and Jun Wang, by counsel, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby remove to this Court the state court action described below, which was filed in the Circuit Court for the County of Augusta, Virginia. As grounds for removal, Defendants state as follows:

1.     On or about May 25, 2022, Plaintiff Dewayne Campbell filed Case No. CL-22000993-00 in the Circuit Court for the County of Augusta, Virginia.  A Summons and copy of the Complaint were served on Western Express's Registered Agent on or about April 28, 2023, and on Mr. Wang (through the Commissioner of the Department of Motor Vehicles) on or about May 8, 2023.  The Summonses issued to each defendant and a copy of the Complaint are attached collectively as **Exhibit A**.

2.     Defendant Western Express is a Tennessee corporation with its principal office in Nashville. Western Express is not a citizen of the Commonwealth of Virginia.

3.     Defendant Wang is an Illinois resident.

1

4.      Plaintiff is a Virginia resident.

5.      Plaintiff seeks $500,000.00 as set out in the *ad damnum* of his Complaint.

6.      The Court has diversity jurisdiction over the action, pursuant to 28 U.S.C. § 1332, because (1) complete diversity of citizenship exists between the parties, and (2) the amount in controversy exceeds $75,000.00, exclusive of costs and interest.

7.      Venue is proper in this Court, pursuant to 28 U.S.C. § 1441(a), because the underlying action is pending in a Virginia state court embraced within the district and division of the Court.

8.      This removal is timely, pursuant to 28 U.S.C. § 1446(b)(1), because this notice is filed within thirty (30) days after service of the Summons and Complaint on the first-served defendant, Western Express, on or about April 28, 2023.  Mr. Wang consents to removal as well.

9.      Pursuant to 28 U.S.C. § 1446(d), contemporaneous with this filing, Defendants will notify and file a copy of this Notice with the Clerk for the Circuit Court for the County of Augusta. A copy (pleading only) is attached hereto as **Exhibit B**.

WHEREFORE, Defendants Western Express and Jun Wang, by counsel, respectfully remove this case from the Circuit Court for the County of Augusta to the United States District Court for the Western District of Virginia, Harrisonburg Division.

Dated: May 17, 2023.

Respectfully submitted,

**WESTERN EXPRESS, INC. and JUN WANG**

By: ____*/s/ Jeffrey P. Miller*_____
                    Counsel

2

Ashley W. Winsky (VSB No. 79224)
Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 297-3704
winsky@gentrylocke.com
miller@gentrylocke.com

*Counsel for Western Express and*
*Jun Wang*

## CERTIFICATE OF SERVICE

I electronically filed the foregoing with the clerk of the court for the United States District

Court for the Western District of Virginia on this 17th day of May, 2023 using the CM/ECF

system, which will send notification of such filing (NEF) to all CM/ECF registered attorneys on

the NEF, including:

Daniel R. Lauro, Esq.
Michael W. Sharp, Esq.
T. Joel Francis, Esq.
Botkin Rose PLC
3190 Peoples Drive
Harrisonburg, Virginia 22801
540-437-0019
dlauro@botkinrose.com

*Counsel for Dewayne Campbell*

                        /s/ Jeffrey P. Miller
Jeffrey P. Miller (VSB No. 89410)
GENTRY LOCKE
P. O. Box 780
Richmond, Virginia  23218
Telephone:  (804) 297-3704
miller@gentrylocke.com

*Counsel for Western Express and*
*Jun Wang*