IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

| | |
|---|---|
| DEWAYNE K. CAMPBELL, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| WESTERN EXPRESS, INC. | ) Case No. 5:23-CV-30 |
| and | ) |
| JUN WANG, | ) |
| *Defendants.* | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to this action, by their respective counsel, hereby file this stipulation of voluntary dismissal, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs. The parties have entered into a written settlement agreement containing all terms for a complete and binding settlement. A proposed Dismissal Order is attached hereto as Exhibit A.

Respectfully submitted this 10th day of December, 2025.

Respectfully submitted,

**WESTERN EXPRESS, INC. AND
JUN WANG**

_/s/ Taylor D. Brewer_

Ashley W. Winsky (VSB No. 79224)
Taylor D. Brewer (VSB No. 82041)
MORAN REEVES & CONN, P.C.
1211 E Cary Street
Richmond, Virginia  23219
Telephone:  (804) 864-4813
Fax:  (804) 421-6251
awinsky@moranreevesconn.com
tbrewer@moranreevesconn.com
*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of December, 2025, I electronically filed the foregoing pleading using the CM/ECF System, which will send notifications of the filing to all counsel of record:

Daniel R. Lauro, Esq.
T. Joel Francis, Esq.
Botkin Rose PLC
3190 Peoples Drive
Harrisonburg, Virginia 22801
(540) 437-0019 – Telephone
dlauro@botkinrose.com
*Counsel for Dewayne Campbell*

                                                  */s/ Taylor D. Brewer*